THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN COLLINS, Appellant, *v.* JOHN B. TROMBLY, Agent and Warden of Clinton Prison,, Respondent.

*People ex rel. Collins* v. *Trombly*, 186 App. Div. 928, appeal dismissed.

(Argued January 8, 1919; decided January 28, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

November 15, 1918, which *unanimously* affirmed an order of Special Term dismissing a writ of habeas corpus

*Frederick L. Hackenburg* for appellant.

*Charles D. Newton,* Attorney-General (*Wilber W. Chambers* and *Edward G. Griffin* of counsel), for respondent.

Appeal dismissed on authority of *People ex rel. Curtis* v. *Kidney* (225 N. Y. 299).

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.